UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRIAN BULLOCK,

    Plaintiff,

v.                                                      CASE NO. 3:24-cv-335-SJH

SEIZE THE WAY, INC., et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. In light of the non-appearance of two defendants, Loadmax Inc. and Meta Express Inc., it is not clear that all parties have consented to the Magistrate Judge's jurisdiction in this matter. *See* 28 U.S.C. § 636(c). Accordingly, it is **ORDERED** that this case be reassigned to the District Judge.

**DONE AND ORDERED** at Jacksonville, Florida, on November 8, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record