# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BRIAN BULLOCK,

    Plaintiff,

v.

    Case No. 3:24-cv-335-TJC-SJH

SEIZE THE WAY, INC.,
HUSNIDDIN SOBIRJONOV,
LOADMAX INC., and META
EXPRESS INC.,

    Defendants.

## **O R D E R**

**THIS CASE** is before the Court to address the status of claims against Defendants Loadmax Inc. and Meta Express Inc. The Court has issued multiple orders to Show Cause or directing Plaintiff to act with regard to Loadmax or Meta, but Plaintiff has failed to respond or not responded as directed.[1]

On June 24, 2024, the Court ordered Plaintiff to move for default against any non-appearing defendant or to file a notice regarding the status of the claims against such defendants by July 8, 2024. Doc. 27. Plaintiff did not comply with this Order. On July 17, 2024, the Court thus entered an Order to Show

---

[1] These include: Order to Show Cause dated July 17, 2024, Doc. 30; Order directing Plaintiff to respond to the Court's July 17 Order to Show Cause dated July 30, 2024, Doc. 36; and an Order to Show Cause dated August 21, 2024, Doc. 38.

Cause, requiring Plaintiff to show cause on or before July 24, 2024, as to why the claims against non-appearing Defendants Loadmax and Meta should not be dismissed without prejudice for failure to prosecute. Doc. 30.

Plaintiff failed to respond to the Order to Show Cause, but on July 19, 2024, Plaintiff filed two motions, out of time and without explanation, seeking entry of clerk's defaults against Loadmax and Meta respectively. Docs. 32 & 33. Such motions were deficient, and on July 30, 2024, the Court entered an Order denying them without prejudice and directing Plaintiff to respond to the Order to Show Cause and to file any renewed motions for clerk's default against Loadmax and Meta by August 12, 2024. Doc. 36. Plaintiff again failed to comply.

Thus, on August 21, 2024, the Court entered another Order to Show Cause, directing Plaintiff to show cause on or before September 4, 2024, as to why the counts against non-appearing Defendants Loadmax and Meta should not be dismissed without prejudice. Plaintiff has yet to respond to the multiple Orders to Show Cause, file renewed motions for clerk's defaults, or otherwise comply with the Court's Orders. Dismissal without prejudice of the counts against Loadmax and Meta is thus warranted. *See* Local Rule 1.10; Local Rule 3.10.

Therefore, it is **ORDERED** that the counts against Defendants Loadmax Inc. and Meta Express Inc. are **dismissed without prejudice** for failure to prosecute. As the remaining parties have consented to the jurisdiction of the

Magistrate Judge, *see* Docs. 18, 34, 42, in accordance with 28 U.S.C. § 636(c), this case is **referred** to the Magistrate Judge to conduct all proceedings and order the entry of a final judgment.

**DONE AND ORDERED** at Jacksonville, Florida, on December 6, 2024.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Hon. Samuel J. Horovitz
Counsel of record

3